

# Fourth Court of Appeals
## San Antonio, Texas

March 16, 2020

No. 04-19-00721-CV

Rufina Reyes **YANEZ,**
Appellant

v.

**AMERICAN GENERAL LIFE INSURANCE COMPANY,**
Appellee

From the 341st Judicial District Court, Webb County, Texas
Trial Court No. 2019CVK001146D3
Honorable Rebecca Ramirez Palomo, Judge Presiding

# O R D E R

Appellant's motion for an extension of time to file the appellant's brief is granted. We order appellant's brief due within 15 days of this order.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of March, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court